UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BERNARD GARY GENCO                         CIVIL ACTION

VERSUS                                     NO: 07-0458

STATE FARM FIRE & CASUALTY                 SECTION: "J"(2)
COMPANY

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant State Farm Fire & Casualty Company's **Motion for Summary Judgment on the Issues of Bad Faith and Attorneys' Fees (Rec. Doc. 44)**, set for hearing on February 18, 2009 was submitted timely. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant State Farm Fire & Casualty Company's **Motion for Summary Judgment on the Issues of Bad Faith and Attorneys' Fees (Rec. Doc. 44)** is **GRANTED**.

A motion for reconsideration of this order based on the

appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 19th day of February, 2009.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE